

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Ex parte Rodolfo Ortega Nunez

No. 11-18-00156-CR

\* From the 70th District Court
of Ector County
Trial Court No. A-16-1301-CR.

\* May 9, 2019

\* Memorandum Opinion by Stretcher, J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J., sitting
by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.